**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **NO. 1:23-CR-58-MAC** |
| | § | |
| **TRAVIS LIONEL HAYNES** | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. The magistrate judge entered a report and recommendation regarding the Defendant's competency for trial. The parties filed notices with the court indicating they had no objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States magistrate judge are correct, and the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him and able to assist his attorney in his defense.

Accordingly, the Report and Recommendation of the United States Magistrate Judge on the Defendant's competency to stand trial is **ADOPTED**. It is **ORDERED** that the Defendant, Travis Lionel Haynes, is competent. The speedy trial time shall be excluded from July 10, 2024, until the date of this order.

SIGNED at Beaumont, Texas, this 11th day of May, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE